# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAYED MOHSEN ZAHRAII,      )
                                  )
      Plaintiff,              )
                                  )
      v.                     )   Civil Action No. 07-0282 (ESH)
                                  )
UPTOWN FLOOR & HOMES     )
DESIGN, INC., *et al.*,        )
                                  )
      Defendants.          )
                                  )

## MOTION FOR *PRO HAC VICE* ADMISSION OF ANTHONY FATEMI

       I, Stefan Shaibani, an active member in good standing of the District of Columbia Bar since 2004 and counsel for plaintiff Sayed Mohsen Zahraii, respectfully move pursuant to Local Civil Rule 83.2 that Anthony A. Fatemi, Esq., of the law firm of Anthony Fatemi, LLC, located at 6701 Democracy Blvd., Suite 300, Bethesda, Maryland 20817, be admitted *pro hac vice* to this Court for the purpose of participating in the above-captioned matter.

       In support of this motion, I submit the accompanying declaration of Anthony A. Fatemi.

                                           Respectfully submitted,

Dated: February 8, 2007              /s/ Stefan Shaibani
                                       Stefan Shaibani (D.C. Bar No. 490024)
                                       LITIGATION ASSOCIATION, PLLC
                                       1150 Connecticut Avenue, N.W.
                                       Suite 900
                                       Washington, DC 20036
                                       Tel:  (202)862-4335
                                       Fax:  (202)828-4130
                                       *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2007, I electronically filed and subsequently caused

to be served by hand delivery copies of (1) "MOTION FOR *PRO HAC VICE* ADMISSION OF

ANTHONY A. FATEMI," (2) "DECLARATION OF ANTHONY FATEMI IN SUPPORT OF

MOTION FOR *PRO HAC VICE* ADMISSION," and (3) "ORDER" on the following recipients:

UPTOWN FLOOR & HOMES
DESIGN, INC.,
4477 Connecticut Avenue, NW
Washington, DC 20008

FARHAD GOLCHIN
2950 Van Ness Street, NW
Washington, DC 20008

FARZAD GOLCHIN
1711 Benning Road, NE, Apt. F-22
Washington, DC 20002

/s/ Stefan Shaibani

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAYED MOHSEN ZAHRAII, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-0282 (ESH) |
| | ) |
| UPTOWN FLOOR & HOMES | ) |
| DESIGN, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF ANTHONY FATEMI
## IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

I, Anthony A. Fatemi, Esquire, declare under penalty of perjury that:

1.    My office address is 6701 Democracy Blvd. Suite 300 Bethesda, Maryland 20817.  My telephone number is (301) 495-9270. My e-mail address is afatemi@ix.netcom.com

2.    I am the member at the law firm of Anthony A. Fatemi, LLC, and of counsel for plaintiff, Sayed Mohsen Zahraii.

3.    I am a member in good standing of the Bars of the State of Maryland and the United States District Court for the District of Baltimore.

4.    No disciplinary proceedings are presently pending, or have ever been instituted, against me.

5.    I have not applied for *pro hac vice* admission to this Court within the last two years. In fact, I have never applied for *pro hac vice* admission to this Court.

6.    I engage in the practice of law from an office located in Maryland, and am a member of the Maryland Bar.

Dated: July 13, 2006

/s/ Anthony Fatemi
Anthony A. Fatemi, Esq.
6701 Democracy Blvd., Suite 300
Bethesda, MD 20817
Tel: (202) 495-9270

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAYED MOHSEN ZAHRAII, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-0282 (ESH) |
| | ) |
| UPTOWN FLOOR & HOMES | ) |
| DESIGN, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**<u>ORDER</u>**

Upon consideration of the motion of Stefan Shaibani for the *pro hac vice* admission of

Anthony Fatemi, Esq., and the accompanying declaration in support thereof, it is hereby

ORDERED that the motion is granted; it is further

ORDERED that Anthony Fatemi shall be admitted to this Court *pro hac vice* to practice

in the above-captioned matter.

Dated:  February _____, 2007

_____
JUDGE, U.S. District Court