UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAYED MOHSEN ZAHRAII, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-0282 (ESH) |
| | ) |
| UPTOWN FLOOR & HOMES DESIGN, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF ERRATA**

Plaintiff filed a Motion for Pro Hac Vice Admission of Anthony A. Fatemi, Esq. on February 8, 2007. The telephone and facsimile numbers submitted in the motion contained the incorrect area codes. The correct telephone number for Mr. Fatemi is (301) 495-9270 and the correct facsimile number for Mr. Fatemi is (301) 495-9271.

Respectfully submitted,

Dated: February 11, 2007

/s/ Stefan Shaibani
Stefan Shaibani (DC Bar No. 490024)
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20036
Tel: (202) 862-4335
Fax: (202) 828-4130

*Attorney for Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 11, 2007, I electronically filed and subsequently caused to be served by First Class Mail copies of "NOTICE OF ERRATA" addressed as follows:

UPTOWN FLOOR & HOMES
DESIGN, INC.,
4477 Connecticut Avenue, NW
Washington, DC 20008

FARHAD GOLCHIN
2950 Van Ness Street, NW
Washington, DC 20008

FARZAD GOLCHIN
1711 Benning Road, NE, Apt. F-22
Washington, DC 20002

<u>/s/ Stefan Shaibani</u>