UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAYED MOHSEN ZAHRAII, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-0282 (ESH) |
| UPTOWN FLOOR & HOMES DESIGN, INC., *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S PROOF OF SERVICE
OF SUMMONS AND COMPLAINT UPON DEFENDANTS**

Plaintiff, Sayed Mosen Zahraii, respectfully informs the Court that all defendants were personally served with the summons and complaint in this case on February 10, 2007. As indicated in the attached affidavits of service of Rosemary Solorzano, service of process was made upon defendants in the following manner:

(1) Defendant Uptown Floor & Homes Design, Inc. was served via personal service of its registered agent and owner, Farhad Golchin, at Uptown Floor's premises located at 4477 Connecticut Avenue, N.W., Washington, DC 20008.

(2) Defendant Farhad Golchin was personally served at 4477 Connecticut Avenue, N.W., Washington, DC 20008.

(3) Defendant Farzad Golchin was personally served at 4477 Connecticut Avenue, N.W., Washington, DC 20008.

2

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: February 12, 2007 | /s/ Stefan Shaibani<br>Stefan Shaibani (Bar No. 490024)<br>LITIGATION ASSOCIATE, PLLC<br>1150 Connecticut Avenue, N.W.<br>Suite 900<br>Washington, DC 20036<br>Tel:  (202) 862-4335<br>Fax: (202) 828-4130<br><br>*Attorney for Plaintiff* |

OF COUNSEL:
Anthony A. Fatemi (admitted in MD)
ANTHONY FATEMI, LLC
6701 Democracy Blvd., Suite 300
Bethesda, MD 20817
Tel: (301) 571-9350

2

CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2007, I electronically filed and subsequently caused to be served by First Class Mail copies of "PLAINTIFF'S PROOF OF SERVICE OF SUMMONS AND COMPLAINT UPON DEFENDANTS" addressed as follows:

UPTOWN FLOOR & HOMES
DESIGN, INC.,
4477 Connecticut Avenue, NW
Washington, DC 20008

FARHAD GOLCHIN
2950 Van Ness Street, NW
Washington, DC 20008

FARZAD GOLCHIN
1711 Benning Road, NE, Apt. F-22
Washington, DC 20002

/s/ Stefan Shaibani

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAYED MOHSEN ZAHRAII, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0282 (ESH) |
| ) | |
| UPTOWN FLOOR & HOMES ) | |
| DESIGN, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

AFFIDAVIT OF ROSEMARY SOLORZANO

I, Rosemary Solorzano, affirm under penalties of perjury as follows:

1. I am over the age of 18 and not a party to this action.

2. On February 10, 2007, I served Uptown Floor & Homes Design, Inc. with the summons and complaint in the above-captioned matter by delivering the same to Farhad Golchin, authorized to accept service on behalf of Uptown Floor, at approximately 1:15 p.m. at 4477 Connecticut Avenue, NW, Washington, DC 20008.

3. On February 10, 2007, I served Farhad Golchin with the summons and complaint in the above-captioned matter by delivering the same to Farhad Golchin at approximately 1:15 p.m. at 4477 Connecticut Avenue, NW, Washington, DC 20008.

4. On February 10, 2007, I served Farzad Golchin with the summons and complaint in the above-captioned matter by delivering the same to Farzad Golchin at approximately 1:15 p.m. at 4477 Connecticut Avenue, NW, Washington, DC 20008.

2

      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: February 12, 2007

                                              Rosemary Solorzano
                                              Washington, DC