UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAYED MOHSEN ZAHRAII, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Civil Action No. 07-0282 (ESH) |
| | ) |
| UPTOWN FLOOR & HOMES DESIGN, INC., *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT**

Pursuant to Federal Rules of Civil Procedure 12(a)(1)(A) and 55(a), plaintiff respectfully requests the Clerk of the Court to enter defendants' default in the above-captioned matter. As set forth in the affidavit of Rosemary Solorzano (filed in connection with plaintiff's notice of proof of service of summons and complaint, incorporated herein by reference), plaintiff served defendants Uptown Floor & Homes Design, Inc., Farhad Golchin, and Farzad Golchin via personal service on February 10, 2007. Defendants' answers were thus due on March 2, 2007. Defendants have failed to file an answer to this day.

For the above reasons, plaintiff respectfully request the Clerk of the Court to enter the default of defendants in the above-captioned matter.

Respectfully submitted,

Dated: March 4, 2007

/s/ Stefan Shaibani
Stefan Shaibani (DC Bar No. 490024)
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, N.W., Suite 900
Washington, DC 20036
Tel: (202) 862-4335
Fax: (202) 828-4130

*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2007, I electronically filed and subsequently caused to be served by First Class Mail copies of "PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT" addressed as follows:

UPTOWN FLOOR & HOMES
DESIGN, INC.,
4477 Connecticut Avenue, NW
Washington, DC 20008

FARHAD GOLCHIN
2950 Van Ness Street, NW
Washington, DC 20008

FARZAD GOLCHIN
1711 Benning Road, NE, Apt. F-22
Washington, DC 20002

/s/ Stefan Shaibani