Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAYED MOHSEN ZAHRAII

Plaintiff(s)

V.

UPTOWN FLOORS & HOMES DESIGN, INC. et al

Defendant(s)

Civil Action No. 07-cv-00282-ESH

RE: UPTOWN FLOORS & HOMES DESIGN, INC.
also known as
UPTOWN FLOORS & HOME REMODELING, INC.
also known as
ESFAHAN CARPET & ORIENTAL RUG, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on February 10, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this  5th  day of  March , 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____Jackie Francis_____
Deputy Clerk