UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAYED MOHSEN ZAHRAII, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 07-00282 (ESH) |
| ) | |
| UPTOWN FLOOR & HOMES ) | In re: Defendant Farzad Golchin |
| DESIGN, INC., et al., ) | |
| ) | |

## MILITARY AFFIDAVIT

(Certificate in Compliance with Soldiers and Sailors Civil
Relief Act of 1940, As Amended in 1942 & 1960
Title 50, Appendix, Section 520, United States Code)

1. I hereby certify under penalty of perjury, this 5th day of March, 2007, that I am counsel for plaintiff in the above-captioned case and make this certificate on plaintiff's behalf.

2. I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiff, I have caused careful investigation to be made to ascertain whether or not the above-named defendant is in the military service of the United States or its Allies and that a result of said investigation, I have discovered and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say said defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy,

and said defendant is not on active duty with any branches aforesaid, nor is said defendant under training or education under the supervision of the United States preliminary to induction into the military services; and the defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the defendant a member of the Enlisted Reserve Corps ordered to report for military service, but is employed by the store Uptown Floor & Homes Design, Inc.

3.  On February 10, 2007, Rosemary Solorzano personally served defendant Farzad Golchin with the summons and complaint in this case. Defendant Golchin has failed to file an answer to plaintiff's complaint and is thus in default.

Dated: March 5, 2007

_____
Stefan Shaibani (DC Bar No. 490024)
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20036
Tel: (202) 862-4335