Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAYED MOHSEN ZAHRAII

    Plaintiff(s)

  V.

Civil Action No. 07-cv-00282-ESH

UPTOWN FLOORS & HOMES DESIGN, INC. et al

    Defendant(s)

RE:   FARHAD GOLCHIN

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on February 10, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 6th day of March, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By:     Jackie Francis
        Deputy Clerk