IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

SAYED MOSEN ZAHRAII

    Plaintiff,

    v.

UPTOWN FLOOR & HOMES DESIGN, INC., a/k/a UPTOWN FLOORS & HOME REMODELING, INC., a/k/a ESFAHAN CARPET & ORIENTAL RUG, INC.

And

FARHAD GOLCHIN

and

FARZAD GOLCHIN

    Defendants.

Civil Action No. 1:07 cv.00282
Judge: Ellen Segal Huvelle

## DEFENDANTS' ANSWER AND GROUNDS OF DEFENSE

COME NOW, the defendants, Uptown Floor & Home Design, Inc, Farhad Golchin and Farzad Golchin, by counsel, and for their Answer and Grounds of Defense to the Complaint, state the following:

### First Defense

The Complaint fails to state a claim upon which relief can be granted.

## Second Defense

The Court lacks subject matter jurisdiction over the parties. There is a lack of diversity of citizenship between the plaintiff, Sayed Mosen Zahraii and the defendant, Farzad Golchin. Both are residents and citizens of the State of Maryland.

## Third Defense

In response to the specific allegations contained in the Complaint, the following is asserted.

1. The allegations contained in paragraph no. 1 are denied.

2. The allegations contained in paragraph no. 2 are denied.

3. It is admitted that the District of Columbia law would apply to this event.

4. .The allegations contained in paragraph no. 4 are denied. It is specifically denied that there is diversity of citizenship.

5. The allegations contained in paragraph no. 5 are denied. It is denied that all of the defendants are residents of the District of Columbia.

6. In response to the allegations contained in paragraph no. 6, the defendants assert that they are without knowledge as to the citizenship or information concerning the plaintiff and, therefore, deny these allegations.

7. The allegations contained in paragraph no. 7 are denied.

8. The allegations contained in paragraph no. 8 are denied. It is admitted, however, that Farzad Golchin is the younger brother of Farhad Golchin.

2

9. The allegations contained in paragraph no. 9 are denied. It is admitted that Farzad Golchin is an employee of Uptown Floor & Homes Design, Inc., but denied that he is an employee of Farhad Golchin.

10. The allegation contained in paragraph no. 10 that Uptown Floor & Homes Design, Inc. is a District of Columbia corporation located at 4477 Connecticut Avenue, N.W. is admitted. It is denied that Uptown Floor & Homes Design, Inc. was formerly known as Esfahan Carpet & Oriental Rug, Inc. That was a separate and distinct entity.

11. The defendants are without knowledge as to the truth or falsity of the allegations contained in paragraph no. 11.

12. In response to the allegations contained in paragraph no. 12, it is admitted that a contract was arranged with Esfahan Carpet & Oriental Rugs, Inc. and a business in which the plaintiff was involved for the purpose of installing speaker systems, telephones and cameras.

13. The allegations contained in paragraph no. 13 are denied.

14. The allegations contained in paragraph no. 14 are denied.

15. In response to the allegations contained in paragraph no. 15, it is admitted that a meeting occurred to discuss the performance of the work by the plaintiff. The work was incomplete and the system was not functioning as per the contract.

16. The allegations contained in paragraph no. 16 are denied.

TRICHILO, BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
3920 UNIVERSITY DRIVE • FAIRFAX, VIRGINIA 22030-2514 • (703) 385-1000 • FAX (703) 385-1555

17. The allegations contained in paragraph no. 17 are denied.

18. The allegations contained in paragraph no. 18 are denied.

19. The allegations contained in paragraph no. 19 are denied.

20. The allegations contained in paragraph no. 20 are denied.

21. The allegations contained in paragraph no. 21 are denied.

22. The allegations contained in paragraph no. 22 are denied.

23. The allegations contained in paragraph no. 23 are denied,

24. The allegations contained in paragraph no. 24 are denied.

25. In response to the allegations contained in paragraph no. 25, the defendant is without knowledge as to the truth or falsity of those allegations.

26. The allegations contained in paragraph no. 26 are denied.

27. The allegations contained in paragraph no. 27 are denied.

28. The allegations contained in paragraph no. 28 are denied.

29. The allegations contained in paragraph no. 29 are denied.

30. The allegations contained in paragraph no. 30 are denied.

31. The allegations contained in paragraph no. 31 are denied.

32. The allegations contained in paragraph no. 32 are denied.

33. The allegations contained in paragraph no. 33 are denied.

TRICHILO, BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
3920 UNIVERSITY DRIVE • FAIRFAX, VIRGINIA 22030-2514 • (703) 385-1000 • FAX (703) 385-1555

### Count One - Battery

34. In response to the allegations contained in paragraph no. 34, the defendants repeat and re-allege their responses to the allegations contained in paragraph nos. 1 through 33.

35. The allegations contained in paragraph no. 35 are denied.

36. The allegations contained in paragraph no. 36 are denied.

37. The allegations contained in paragraph no. 37 are denied.

### Count Two - Negligence

38. In response to the allegations contained in paragraph no. 38, the defendants incorporate their responses to the allegations contained in paragraph nos. 1 through 37.

39. The allegations contained in paragraph no. 39 are denied.

40. The allegations contained in paragraph no. 40 are denied.

41. The allegations contained in paragraph no. 41 are denied.

### Count Three - Negligent Supervision

42. In response to the allegations contained in paragraph no. 42, the defendants incorporate their responses to the allegations contained in paragraph nos. 1 through 41.

43. The allegations contained in paragraph no. 43 are denied.

44. The allegations contained in paragraph no. 44 are denied.

45. The allegations contained in paragraph no. 45 are denied.

TRICHILO, BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
3920 UNIVERSITY DRIVE • FAIRFAX, VIRGINIA 22030-2514 • (703) 385-1000 • FAX (703) 385-1555

46. The allegations contained in paragraph no. 46 are denied.

### Count Four - Negligent Hiring and Retention

47. In response to the allegations contained in paragraph no. 47, the defendants incorporate their responses to the allegations contained in paragraph nos. 1 through 46.

48. The allegations contained in paragraph no. 48 are denied.

49. The allegations contained in paragraph no. 49 are denied.

50. The allegations contained in paragraph no. 50 are denied.

51. The allegations contained in paragraph no. 51 are denied.

52. The allegations contained in paragraph no. 52 are denied.

### Count Five - Civil Aiding and Abetting

53. In response to the allegations contained in paragraph no. 53, the defendants incorporate their responses to the allegations contained in paragraph nos. 1 through 52.

54. The allegations contained in paragraph no. 54 are denied.

55. The allegations contained in paragraph no. 55 denied.

56. The allegations contained in paragraph no. 56 are denied.

### Count Six - Intentional Infliction of Emotional Distress

57. In response to the allegations contained in paragraph no. 57, the defendants incorporate their responses to the allegations contained in paragraph nos. 1 through 56.

TRICHILO, BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
3920 UNIVERSITY DRIVE • FAIRFAX, VIRGINIA 22030-2514 • (703) 385-1000 • FAX (703) 385-1555

58.     The allegations contained in paragraph no. 58 are denied.

59.     The allegations contained in paragraph no. 59 are denied.

60.     In response to the allegations contained in paragraph no. 60, the defendants hereby demand a trial by jury.

### Fourth Defense

These defendants intend to rely on all defenses as the facts of this case may show, including the defenses that the plaintiff was not injured in the manner and to the extent alleged; that the plaintiff was not injured as a result of an act or omission by these defendants; that the plaintiff was injured as a result of his own conduct, acts or omissions, including his own contributory negligence; that the plaintiff consented to the conduct; and if applicable, the defense of mutual combat and self-defense.

WHEREFORE, having fully responded to the allegations contained in this lawsuit, the defendants pray that the Complaint be dismissed, that judgment be entered in favor of these defendants and against the plaintiff, along with costs as allowed by law.

Respectfully submitted,

**UPTOWN FLOOR & HOMES DESIGN, INC.
FARHAD GOLCHIN AND
FARZAD GOLCHIN**

By Counsel

7

TRICHILO, BANCROFT, McGAVIN,
HORVATH & JUDKINS, P.C.

_____
Stephen A. Horvath, Esquire
D.C. Bar No. 417137
3920 University Drive
Fairfax, Virginia 22030
Telephone:   (703) 385-1000
Facsimile:   (703) 385-1555
*Counsel for Defendants Uptown Floor &
Homes Design, Inc., Farhad Golchin and
Farzad Golchin*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Answer and Grounds of Defense** was served electronically, on this 6th day of March, 2007, to:

> Stefan Shaibani, Esquire
> Litigation Associate, PLLC
> Connecticut Building, 9th Floor
> 1150 Connecticut Avenue, NW
> Washington, D.C. 20036
> *Counsel for Plaintiff*
>
> Anthony A. Fatemi, Esquire
> Anthony Fatemi, L.L.C.
> 6701 Democracy Boulevard, Suite 300
> Bethesda, Maryland 20817
> *Of Counsel*

_____
Stephen A. Horvath

8

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

SAYED MOSEN ZAHRAII

    Plaintiff,

v.

UPTOWN FLOOR & HOMES
DESIGN, INC., a/k/a UPTOWN
FLOORS & HOME REMODELING,
INC., a/k/a ESFAHAN CARPET &
ORIENTAL RUG, INC.

And

FARHAD GOLCHIN

and

FARZAD GOLCHIN

    Defendants.

Civil Action No. 1:07 cv.00282
Judge: Ellen Segal Huvelle

## VERIFICATION OF ANSWER AND GROUNDS OF DEFENSE

COMES NOW, the defendant, Farhad Golchin, individually and as President of Uptown Floor & Homes Design, Inc. by counsel, and hereby asserts that he has reviewed the Answer and Grounds of Defense, and that to his knowledge and belief, the Answer and Grounds of Defense is true and accurate.

                                Farhad Golchin

TRICHILO, BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
3920 UNIVERSITY DRIVE • FAIRFAX, VIRGINIA 22030-2514 • (703) 385-1000 • FAX (703) 385-1555

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

SAYED MOSEN ZAHRAII

    Plaintiff,

    v.

UPTOWN FLOOR & HOMES
DESIGN, INC., a/k/a UPTOWN
FLOORS & HOME REMODELING,
INC., a/k/a ESFAHAN CARPET &
ORIENTAL RUG, INC.

And

FARHAD GOLCHIN

and

FARZAD GOLCHIN

    Defendants

Civil Action No. 1:07 cv.00282
Judge: Ellen Segal Huvelle

## VERIFICATION OF ANSWER AND GROUNDS OF DEFENSE

COMES NOW, the defendant, Farzad Golchin, by counsel, and hereby asserts that he has reviewed the Answer and Grounds of Defense, and that to his knowledge and belief, the Answer and Grounds of Defense is true and accurate.

                                                                  Farzad Golchin

TRICHILO, BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
3920 UNIVERSITY DRIVE • FAIRFAX, VIRGINIA 22030-2514 • (703) 385-1000 • FAX (703) 385-1555