IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

SAYED MOSEN ZAHRAII

    Plaintiff,

    v.

UPTOWN FLOOR & HOMES
DESIGN, INC., a/k/a UPTOWN
FLOORS & HOME REMODELING,
INC., a/k/a ESFAHAN CARPET &
ORIENTAL RUG, INC.

And

FARHAD GOLCHIN

and

FARZAD GOLCHIN

    Defendants.

Civil Action No. 1:07 cv.00282
Judge: Ellen Segal Huvelle

## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned counsel for record for Uptown Floor & Homes Design, Inc., certify that, to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Uptown Floor & Homes Design, Inc. which have any outstanding securities in the hands of the public. These representations are made in order that the judges of this Court may determine a need for recusal.

Respectfully submitted,

**UPTOWN FLOOR & HOMES DESIGN, INC.
FARHAD GOLCHIN AND
FARZAD GOLCHIN**

By Counsel

TRICHILO, BANCROFT, McGAVIN,
HORVATH & JUDKINS, P.C.

_____
Stephen A. Horvath, Esquire
D.C. Bar #417137
3920 University Drive
Fairfax, Virginia  22030
Telephone:  (703) 385-1000
Facsimile:   (703) 385-1555
*Counsel for Defendants Uptown Floor &
Homes Design, Inc., Farhad Golchin and
Farzad Golchin*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Certificate** was served electronically on this 6th day of March, 2007, to:

Stefan Shaibani, Esquire
Litigation Associate, PLLC
Connecticut Building, 9th Floor
1150 Connecticut Avenue, NW
Washington, D.C.  20036
*Counsel for Plaintiff*

2

Anthony A. Fatemi, Esquire
Anthony Fatemi, L.L.C.
6701 Democracy Boulevard, Suite 300
Bethesda, Maryland 20817
*Of Counsel*

_____
Stephen A. Horvath

TRICHILO, BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
3920 UNIVERSITY DRIVE • FAIRFAX, VIRGINIA 22030-2514 • (703) 385-1000 • FAX (703) 385-1555