UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAYED MOHSEN ZAHRAII, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0282 (ESH) |
| ) | |
| UPTOWN FLOOR & HOMES ) | |
| DESIGN, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby agree to dismiss the above-captioned action without prejudice. The parties agree that this dismissal shall be without prejudice, shall not operate as an adjudication upon the merits of plaintiff's claims, and that plaintiff may pursue his claims against defendants by filing an action at the Superior Court for the District of Columbia. The parties shall bear their own attorney's fees and expenses incurred in the above-captioned matter.

Dated: March 10, 2007

Respectfully submitted,

*[signature: Stefan Shaibani]*

Stefan Shaibani (DC Bar No. 490024)
LITIGATION ASSOCIATE, PLLC
1150 Connecticut Avenue, N.W., Suite 900
Washington, DC 20036
Tel: (202) 862-4335
Fax: (202) 828-4130

*Anthony Fatemi (by Stefan Shaibani)*

Anthony A. Fatemi (admitted in MD)
ANTHONY FATEMI, LLC
6701 Democracy Blvd., Suite 300
Bethesda, MD 20817
Tel: (301) 571-9350

*Attorneys for Plaintiff*

*[signature: Sayed Mohsen Zahraii]*

Sayed Mohsen Zahraii, Plaintiff

2

Dated: March 13, 2007

_____
Stephen A. Horvath, Esq.
D.C. Bar No. 417137
Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C.
3920 University Drive
Fairfax, VA 22030
Tel: (703) 385-1000
Fax: (703) 1555

*Counsel for Defendants Uptown Floor & Homes Design, Inc., Farhad Golchin and Farzad Golchin*

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2007, I electronically filed "STIPULATION OF DISMISSAL" and that service was thus effected upon defendants' counsel named below pursuant to the local rules of this Court:

Stephen A. Horvath, Esquire
Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C.
3920 University Drive
Fairfax, VA 22030
Telephone: (703) 385-1000
Fax: (703) 385-1555
*Counsel for Defendants Uptown Floor & Homes Design, Inc., Farhad Golchin and Farzad Golchin*

/s/ Stefan Shaibani